No. 00–953.  JONES ET AL. *v.* BUSH ET AL.  C. A. 5th Cir. Motion of petitioners for leave to file petition for writ of certiorari on 8½- by 11-inch page proofs granted.    Certiorari denied.

No. 00–961.  HARRIS ET AL. *v.* FLORIDA ELECTIONS CANVASS-ING COMMISSION ET AL.  C. A. 11th Cir.  Motion of petitioners for leave to file petition for writ of certiorari on 8½- by 11-inch page proofs granted.    Certiorari denied.

JANUARY 8, 2001

No. 00–862.  VIRGINIA *v.* RENO, ATTORNEY GENERAL, ET AL. Affirmed on appeal from D. C. D. C.

No. 99–9541.  THOMAS *v.* UNITED STATES.  C. A. 2d Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).

No. 99–9965.  CLOUD *v.* UNITED STATES.  C. A. 11th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).

No. 99–10250.  CARRINGTON *v.* UNITED STATES.  C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).

No. 00–463.  GARCIA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).